IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS EDWARD McCARTY, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number CIV 07-1374-C |
| JOYCE GILCHRIST, *et al.*, | ) |
| Defendants. | ) |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendants' Motion for Summary Judgment should be granted, and judgment is therefore entered on behalf of all Defendants and against Plaintiff.

DATED this 23rd day of September, 2009.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge