FILED
United States Court of Appeals
Tenth Circuit

**July 14, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CURTIS EDWARD MCCARTY,

    Plaintiff - Appellant,

v.

JOYCE A. GILCHRIST, in her official
capacity; WILLIAM CITTY, Chief of
Police, City of Oklahoma City, in his
official capacity; CITY OF OKLAHOMA
CITY,

    Defendants - Appellees.

No. 09-6220
(D.C. No. 5:07-CV-01374-C)

---

**JUDGMENT**

---

Before **BYE, COLLOTON**, and **SHEPHERD**, Circuit Judges.[*]

---

    This case originated in the Western District of Oklahoma and was argued by

counsel.

---

    [*]The Honorable Kermit E. Bye, The Honorable Steven M. Colloton, and The
Honorable Bobby E. Shepherd, Circuit Judges, United States Court of Appeals for the
Eighth Circuit, sitting by designation.

The judgment of that court is affirmed.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk